## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | | |
|---|---|---|
| PIERRE R. TRIPP, | : | |
| Petitioner | : | |
| VS. | : | NO. 5:07-CV-452 (HL) |
| MELINDA DAVIS, WARDEN, | : | **PROCEEDINGS UNDER 28 U.S.C. §2254** |
| | : | **BEFORE THE U. S. MAGISTRATE JUDGE** |
| Respondent | : | |

### ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS

Petitioner **PIERRE R. TRIPP** has moved this Court to allow him to proceed *in forma pauperis* in the above-captioned proceeding brought under provisions of 28 U.S.C. § 2254. However, a review of the certificate from prison authorities shows that he has $32.77 in his prison account at the McEver Probation Detention Center. The filing fee required in section 2254 cases is $5.00. The Court finds that petitioner has sufficient funds in his prison account to pay this amount.

Accordingly, petitioner's application herein to proceed *in forma pauperis* is **DENIED**. Petitioner shall have until **DECEMBER 28, 2007** to pay the required $5.00 filing fee. Failure to comply with this order shall result in the dismissal of plaintiff's complaint. The Clerk is directed to file the petition, but there shall be **NO SERVICE OF PROCESS** in this case until further order of the court.

**SO ORDERED**, this 29th day of NOVEMBER, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE

Dockets.Justia.com