**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

PIERRE R. TRIPP,                                        :
                                                       :
                        Petitioner                     :
                                                       :
VS.                                                    :
                                                       :     NO. 5:07-CV-452 (HL)
                                                       :
MELINDA DAVIS, WARDEN,                                  :     PROCEEDINGS UNDER 28 U.S.C. §2254
                                                       :     BEFORE THE U. S. MAGISTRATE JUDGE
                        Respondent                     :

## ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS

Petitioner **PIERRE R. TRIPP** has moved this Court to allow him to proceed *in forma pauperis* in the above-captioned proceeding brought under provisions of 28 U.S.C. § 2254. However, a review of the certificate from prison authorities shows that he has $32.77 in his prison account at the McEver Probation Detention Center. The filing fee required in section 2254 cases is $5.00. The Court finds that petitioner has sufficient funds in his prison account to pay this amount.

Accordingly, petitioner's application herein to proceed *in forma pauperis* is **DENIED**. Petitioner shall have until **DECEMBER 28, 2007** to pay the required $5.00 filing fee. Failure to comply with this order shall result in the dismissal of plaintiff's complaint. The Clerk is directed to file the petition, but there shall be **NO SERVICE OF PROCESS** in this case until further order of the court.

**SO ORDERED**, this 29th day of NOVEMBER, 2007.

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE